19748

Carl MEDLIN, guardian ad litem for Teresa Medlin, a minor over the age of Fourteen (14) years, Respondent, v. W. T. GRANT, INC., Appellant.

(203 S. E. (2d) 426)

*Messrs. Watkins, Vandiver, Kirven, Long & Gable,* of Anderson, *for Appellant.*

*M. A. McAlister, Esq.,* of Anderson, *for Respondent.*

January 7, 1974.

*Per Curiam:*

This is an action by Carl Medlin, Guardian *ad Litem* for Teresa Medlin, the respondent herein, against W. T. Grant, Inc., appellant, to recover damages for an alleged malicious prosecution. The appellant's answer was a general denial and the defense of *res judicata.*

The appellant, pursuant to Circuit Court Rule 44, moved before The Honorable Michael D. Glenn, Judge of the Anderson County Court, for a summary judgment.

The motion was refused and the appellant prosecutes this appeal therefrom.

In the case of *Geiger v. Carolina Pool Equipment Distributors, Inc.,* 257 S. C. 112, 184 S. E. (2d) 446, we held that an order denying a motion for summary judgment is

an interlocutory decision and not directly appealable. In support of this rule we cited 4 Am. Jur. (2d) Appeal and Error, Section 104, at page 622, and also an annotation found in 15 A. L. R. (3d) 899. In the recent case of *Greenwich Savings Bank v. Jones,* S. C., 201 S. E. (2d) 244 (1973), we reaffirmed the foregoing rule.

The appeal is dismissed.